MaKesha Michelle SMITH, Plaintiff–Appellant,

v.

ST. FRANCIS HOSPITAL; Joann Taylor; Shauna Green, Defendants–Appellees,

and

Anthony J. Marcavage, Defendant.

No. 14–1207.

United States Court of Appeals, Fourth Circuit.

Submitted: July 30, 2014.

Decided: Aug. 7, 2014.

MaKesha Michelle Smith, Appellant Pro Se. Thomas Allen Bright, Ogletree Dea-

kins Nash Smoak & Stewart, PC, Greenville, South Carolina, for Appellees.

Before MOTZ, GREGORY, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

MaKesha Michelle Smith appeals the district court's order denying relief on her civil complaint. The district court referred this case to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (2012). The magistrate judge recommended that relief be denied and advised Smith that failure to file timely objections to this recommendation would waive appellate review of a district court order based upon the recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. *Wright v. Collins,* 766 F.2d 841, 845–46 (4th Cir. 1985); *see also Thomas v. Arn,* 474 U.S. 140, 106 S.Ct. 466, 88 L.Ed.2d 435 (1985). Smith has waived appellate review by failing to timely file objections after receiving proper notice. *See* Fed.R.Civ.P. 6(a), (d). Accordingly, we affirm the judgment of the district court.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*